KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone: (415) 436-7200 (San Francisco)
    Telephone: (707) 268-2558 (Eureka)
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 05-00114 MAG |
|                 Plaintiff, ) | STIPULATION AND <u>ORDER EXCLUDING TIME</u> |
|        v. ) | |
| CHARLES J. FEATHERSTONE, ) | |
|                 Defendant. ) | |

    On October 28, 2005, the parties in this case appeared before the Court for an initial appearance and identification of counsel.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from October 28, 2005 to November 7, 2005 for continuity of counsel and for effective preparation of defense counsel.  The parties represented that granting the continuance was for the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice

Stipulation and Order

served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                              KEVIN V. RYAN
                                              United States Attorney

DATED: _____11/3/2005_____        ___/s/___Derek R. Owens_____
                                              DEREK R. OWENS
                                              Special Assistant United States Attorney

DATED: _____11/3/2005_____        ___/s/___David Fermino_____
                                              DAVID FERMINO
                                              Attorney for Mr. Featherstone

    As the Court found on October 28, 2005, and for the reasons stated above, the Court finds that an exclusion of time between October 28, 2005 and November 7, 2005 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny Mr. Featherstone continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 11/14/05                                  _____
                                                NANDOR J. VADAS
                                              United States Magistrate Judge

Stipulation and Order