BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant CHARLES FEATHERSTONE

Case 3:05-cr-00114-EMC   Document 23   Filed 09/28/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05-0114 MAG |
|      Plaintiff, | ) STIPULATION AND [XXXXXXX] [PROPOSED] |
| v. | ) ORDER CONTINUING DATE FOR DETENTION HEARING |
| CHARLES FEATHERSTONE, | ) |
|      Defendant. | ) |

No. CR 05-0114 MAG

The undersigned parties stipulate as follows:

1. This matter is set for a status hearing on September 29, 2006 at 9:30 a.m.

2. The parties requests that the matter be continued until October 4, 2006 at 9:30 a.m. before the Honorable Edward M. Chen, before whom the case is pending, so that the parties can determine whether they can reach a resolution. To the extent that the parties are not able to reach a resolution, Mr. Featherstone can make any motion for release before Judge Chen.

IT IS SO STIPULATED

Date: September 28, 2006

SHAWN HALBERT
Assistant Federal Public Defender

Date: September 28, 2006

DEREK OWENS
Assistant United States Attorney

ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the hearing scheduled for September 29, 2006 at 9:30 a.m., shall be continued to October 4, 2006 at 9:30 a.m. before the Honorable Edward M. Chen.

Date: 9/29/06

THE HONORABLE
UNITED STATES

IT IS SO ORDERED
Judge James Larson

No. CR 05-0114 MAG

2