1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          )   No. CR 05-0114 MAG (EMC)
                                       )
12              Plaintiff,             )   [~~PROPOSED~~] RELEASE ORDER
                                       )
13  vs.                                )
                                       )
14  CHARLES FEATHERSTONE,              )
                                       )
15              Defendant.             )
                                       )
16  _____)

17
18
19
20
21
22
23
24
25
26

No. CR 05-0114 MAG (EMC)                    1

1     For good cause shown, IT IS HEREBY ORDERED that defendant Charles Featherstone,
2 who was ordered on October 4, 2006 to reside at Cornell Corrections, shall be permitted to leave
3 Cornell Corrections as of November 17, 2006, no later than 3:00 p.m. and shall report to Pretrial
4 Services in San Francisco before 4:00 p.m. on November 17, 2006. Mr. Featherstone is ordered
5 to live at 2143 Greenwich Street, San Francisco, CA 94123, or any other address approved by
6 Pretrial Services. All other reporting and pretrial supervision conditions contained in the October
7 4, 2006 "Order Setting Conditions of Release and Appearance Bond" shall remain in effect.

Dated: 11/16/06

HONORABLE EDWARD M. CHEN
United States Magistrate Judge

No. CR 05-0114 MAG (EMC)      2