BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CHARLES FEATHERSTONE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-0114 EMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE |
| v. | ) | |
| CHARLES FEATHERSTONE, | ) | |
| Defendant. | ) | |

Stipulation and [Proposed] Order
Continuing Sentencing Date
No. CR 05-0114 EMC

The undersigned parties stipulate as follows:

1. This matter is set for sentencing on February 14, 2007 at 9:30 a.m.

2. Undersigned defense counsel is in trial from Tuesday afternoons through Friday for the next two or more months. Therefor the parties asked for a special setting on a Monday or a Tuesday morning. The Court, as well as representatives of the government, the defense and probation, are available on Tuesday, February 27, 2007 at 9:00 a.m. Therefor the parties request that the sentencing be continued to this date.

IT IS SO STIPULATED

Date: February 6, 2007          /S/
SHAWN HALBERT
Assistant Federal Public Defender

Date: February 6, 2007          /S/
DEREK OWENS
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing scheduled for February 14, 2007 at 9:30 a.m. shall be continued to February 27, 2007 at 9:00 a.m.

Date: February 7, 2007

THE HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation and [Proposed] Order
Continuing Sentencing Date
No. CR 05-0114 EMC