1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant CHARLES FEATHERSTONE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-0114 EMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM APRIL 2, 2007 TO APRIL 30, 2007 |
| v. | ) | |
| CHARLES FEATHERSTONE, | ) | |
| Defendant. | ) | |

No. CR 05-0114 EMC

The undersigned parties stipulate as follows:

1. This matter is set for sentencing on April 2, 2007 at 9:30 a.m.

2. Mr. Featherstone was admitted to Center Point on March 26, 2007. Center Point does not allow defendants to make any court appearances for the first thirty days that they are in treatment. Undersigned defense counsel may still be in trial the end of the week of April 23, 2007. Therefor the parties request that the matter be continued to Monday, April 30, 2007 at 9:30 a.m. for sentencing. U.S. Probation Officer Cheryl Simone is also available on that date.

IT IS SO STIPULATED

Date: March 27, 2007         /S/
                             SHAWN HALBERT
                             Assistant Federal Public Defender

Date: March 27, 2007         /S/
                             DEREK OWENS
                             Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing scheduled for April 2, 2007 at 9:30 a.m. shall be continued to April 30, 2007 at 9:30 a.m.

Date: March 28, 2007
                             THE HONORABLE EDWARD M. CHEN
                             UNITED STATES MAGISTRATE JUDGE

                             IT IS SO ORDERED
                             Judge Edward M. Chen

No. CR 05-0114 EMC

2